<u>UNITED STATES DISTRICT COURT FOR THE</u>
<u>SOUTHERN DISTRICT OF FLORIDA</u>
Miami Division
CASE NO.:  05-60101 CV MORENO

LISA KAHANE,

       Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

       Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that LISA KAHANE, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from:

(a) the Order Adopting Magistrate's Report and Recommendation and Granting In Part Plaintiff's Motion for Attorney's Fees, entered August 20, 2008, and

(b) the Final Judgment entered thereon on August 20, 2008.

This appeal is limited to the following portions of such Order and Judgment:

(i)  Those portions which disallow any award for attorney's fees and costs for services rendered by Plaintiff's counsel in the Reassessment Process referred to in the Magistrate's Report and Recommendation on Plaintiff's Motion for Attorney's Fees and Costs ("the Reassessment Disallowance").

(ii) Those portions which disallow a part of the amount claimed by Plaintiff for work done by her attorneys on the motion for attorneys' fees and costs, to the extent that such disallowance was based on the Reassessment Disallowance.

[Signature on next page]

September 1, 2008                                  Respectfully submitted,


                                                   Harnett & Lesnick P.A., Attorneys for
                                                   Plaintiff Lisa Kahane


                                                   By: s/Irving I. Lesnick

                                                   Irving I. Lesnick
                                                   Florida Bar No.:  346039
                                                   Email:ilesnick@harnettlesnick.com
                                                   561 289 7555

                                                   Bertram Harnett
                                                   Florida Bar No.: 055-8664
                                                   Email:bharnett@harnettlesnick.com
                                                   561 368 1995

                                                   1200 North Federal Highway,
                                                    Suite 209
                                                    Boca Raton, Florida 33432
                                                    Telephone:  561-368-1995
                                                    Fax:  561-368-4315

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing has been sent by U.S first class mail this 1ST day of September, 2008 to the attorney for UNUM Life Insurance Company of America: Kristina B. Pett, Esq., Pett, Furman & Jacobson PL, 2101 NW Corporate Blvd., Suite 316, Boca Raton, FL 33431.

By: /s_Irving I. Lesnick_____
Irving I. Lesnick
Fla. Bar No.:  346039